**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wilson Antonio Fuentes, | No. CV-25-00613-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant. | |

The parties request the court remand this case to the Maricopa County Superior Court. (Doc. 10.) As part of their request the parties believe the court should "stay the bad faith claim pending completion of arbitration." (Doc. 10 at 2.) Once remanded, the court does not have jurisdiction to stay this case. The parties must seek that relief from the state court.

**IT IS ORDERED** the breach of contract claim is **DISMISSED WITH PREJUDICE** each party to bear its own fees and costs.

**IT IS FURTHER ORDERED** the uninsured claim shall be submitted to binding arbitration.

/
/
/
/
/

1  **IT IS FURTHER ORDERED** the Motion (Doc. 10) is **GRANTED**. This case is
2  **REMANDED** to the Maricopa County Superior Court.
3  Dated this 14th day of March, 2025.

*Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge